# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KENTA COLSON,

    Plaintiff,

v.                                  CASE NO. 4:12cv374-RH/CAS

MURPHCO OF FLORIDA, INC.,

    Defendant.

_____/

## AMENDED SCHEDULING ORDER

IT IS ORDERED:

1. The plaintiff's unopposed motion to continue the trial and extend deadlines, ECF No. 11, is GRANTED IN PART.

2. The discovery deadline is extended to May 29, 2013.

3. The trial is continued to the trial period that begins on Tuesday, September 3, 2013. A party with a conflict during that trial period must file a notice by March 6, 2013.

4. The deadline for the attorney conference required by the Order for Pretrial Conference, ECF No. 9, is extended to July 9, 2013. The deadline for

filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference is extended to July 23, 2013. The clerk must reschedule the pretrial conference for the first available date on or after August 15, 2013.

    5.    No further extensions of the discovery deadline or trial date will be granted absent extraordinary, unforeseeable circumstances.

    SO ORDERED on February 20, 2013.

                                   s/Robert L. Hinkle
                                   United States District Judge